# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

YILI TSENG,

        Petitioner

        v.

MADISON HARRIS, CONNIE LEMKE, ARAN BYBEE, DOE 1, DOE 2, DOE 3, DOE 4, DOE 5, DOE 6, DOE 7, DOE 8, DOE 9, DOE 10, DOE 11, DOE 12, DOE 13, DOE, AND DOE 14,

        Respondents

:  No. 232 WAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.